## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INCREDIBLE FEATURES, INC.<br><br>       Plaintiff,<br><br>  v.<br><br>TATTOODO INC. and DOES 1-5<br><br>       Defendants. | No. 1:19-CV-02458 (DLC)<br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

    The undersigned attorneys for defendant Tattoodo Inc. ("Defendant") make the following disclosure to the Court pursuant to Fed. R. Civ. P 7.1:

    Defendant is a fully owned subsidiary of Tattoodo ApS, which is a privately held limited company operating under the laws of Denmark.

Dated:  April 25, 2019        **HAND BALDACHIN & ASSOCIATES LLP**

                By: */s/ Marc S. Reiner*
                   Marc S. Reiner (mreiner@hballp.com)
                   Adam B. Michaels (amichaels@hballp.com)
                   8 West 40th Street, 12th Floor
                   New York, New York 10018
                   Tel:  (212) 956-9500
                   Fax:  (212) 376-6080

                   *Attorneys for Defendant*
                   *Tattoodo Inc.*